ROTH & FETTWEIS, LLC
744 Broad Street, Suite 701
Newark, New Jersey 07102
(973) 565-9495
RJF 3010

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

FILED
MAY 6
AT 8:30
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| IN RE: CENDANT CORPORATION SECURITIES LITIGATION | CASE NUMBER: CV-98-1664 |
| | HON. WILLIAM H. WALLS |
| LESTER A. GOLDSTEIN, et al., | |
| Plaintiff, | |
| v. | |
| ERNST & YOUNG LLP, | |
| Defendant and Third-Party Plaintiff, | |
| v. | APPLICATION FOR EXTENSION OF TIME TO REPLY |
| CENDANT MEMBERSHIP SERVICES, INC.; CASPER SABATINO; STEVEN P. SPEAKS; KEVIN T. KEARNEY; and MARY SATTLER, | |
| Third-Party Defendants. | |

TO: William Walsh, Clerk
   United States District Court
   Martin Luther King Jr. Federal Bldg.
     and U.S. Courthouse
   50 Walnut Street
   Newark, New Jersey 07102

Application is hereby made for a Clerk's Order extending to May 21, 1999 the time within which third party defendant Kevin Kearney may answer, move or otherwise reply to the Third Party Complaint filed herein and it is represented that:

   1.   No previous extension has been obtained;

2. Service of Process was effected via first class mail under cover of a letter dated April 13, 1999; and

3. Time to answer, move or otherwise reply expires on May 6, 1999.

ROTH & FETTWEIS, LLC
Attorneys for Third-Party
Defendant Kevin Kearney

By: _____
ROBERT J. FETTWEIS, ESQ.

Dated: May 4, 1999

## ORDER

The above application is ORDERED GRANTED. Third Party Defendant Kevin Kearney's time to answer, move or otherwise reply to the Third Party Complaint is extended to May 21, 1999.

ORDER DATED: 5-6-99

WILLIAM T. WALSH, Clerk

By: _____
Deputy Clerk