UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Goldstein, et al.
       Plaintiff(s)    :    Civil/Criminal Action No. 2:98-cv-1664

v.    :

Cendant Corp., et al.
       Defendant(s)    :

## REQUEST BY ATTORNEY TO WITHDRAW FROM ELECTRONIC NOTIFICATION

Request is hereby made by **Michael F. Brandman**, Esq., counsel for **Jill Loesberg**, in the above-captioned matter, to withdraw from electronic notification in the within case, and it is represented that:

1. The within civil complaint has been dismissed/settled as to my client; **OR**

2. The criminal defendant has been sentenced and there are no further proceedings which require notification.

**NOTE:** Your withdrawal from electronic notification in this matter does not constitute your withdrawal as counsel for your client in this matter.

*[Signature]*
Signature of Attorney

Name: Michael F. Brandman
Address: Weiler & Brandman
123 North Union Avenue, Suite 103
Cranford, NJ 07016
Tel. No. (908) 272-0500

e-Mail: mbrandman@weilerbrandman.com

Instructions for filing:
1. Select the Case Type (Civil/Criminal) from the menu bar at the top of your screen.
2. Click on **Notices**.
3. Select the event, **Notice to Withdraw from NEF as to Case**.
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Select the attorney no longer associated with the case; please select your name only.
7. Proofread the docket text.
8. Submit the Request to ECF by clicking the **NEXT** button.

DNJ-CMECF-003