IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------x
                                             :
In re:                                       :    Master File No.
                                             :    98-1664 (WHW)
CENDANT CORPORATION                          :
LITIGATION                                   :
                                             :    This document relates to:
                                             :    All Actions Except the Prides Action (No. 98-2819)
---------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2013, I caused the following documents:

(i)  Lead Plaintiffs' Supplemental Memorandum of Law in Further Support of Approval of Settlement with Heffler Radetich & Saitta, L.L.P.; and

(ii) Affidavit of Edward J. Sincavage Regarding Dissemination of Notice

to be filed with the Clerk of the Court using the ECF System, which will send notification to all ECF attorneys of record and also sent copies of the same by electronic mail to all counsel identified in the attached service list.

*Rochelle Feder Hansen*
Rochelle Feder Hansen

## SERVICE LIST

| | |
|---|---|
| Peter W. Tomlinson, Esq.<br>PATTERSON BELKNAP WEBB &<br>  TYLER LLP<br>1133 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 336-2977<br>Fax: (212) 336-2222<br>pwtomlinson@pbwt.com<br><br>*Counsel for Cendant Corporation* | Carl Greenberg, Esq.<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Pkwy<br>Short Hills, NJ 07078-2703<br>Tel: (973) 315-4405<br>Fax: (973) 379-7734<br>cgreenberg@budd-larner.com<br><br>*Counsel for Cendant Corporation* |
| The Hon. Herbert J. Stern<br>LAW OFFICES OF STERN & KILCULLEN<br>325 Columbia Turnpike, Suite 110<br>P.O. Box 992<br>Florham Park, NJ 07932<br>Tel:  (973) 535-2600<br>Fax: (973) 535-9664<br>hstern@sgklaw.com<br><br>*Counsel for the HFS Individual Defendants* | Douglas S. Eakeley, Esq.<br>LOWENSTEIN SANDLER PC<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>Tel:  (973) 597-2348<br>Fax: (973) 597-2349<br>deakeley@lowenstein.com<br><br>*Counsel for Ernst & Young LLP* |
| Patricia M. Hamill, Esq.<br>CONRAD O'BRIEN PC<br>1500 Market Street<br>West Tower, 39th Floor<br>Tel:  (215) 864-8071<br>Fax: (215) 864-9620<br>phamill@conradobrien.com<br><br>*Counsel for Heffler Radetich & Saitta, L.L.P.* | |

#718741